UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMFORTABLY NUMB MARINE, LLC, <br>       Plaintiff, <br><br> v. <br><br> MARKEL AMERICAN INSURANCE COMPANY, <br>       Defendant. | C.A. No.: 15-100ML |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(B), this Court has reviewed the Report and Recommendation (R&R) (ECF No. 19) from Magistrate Judge Lincoln D. Almond recommending that Defendant's Motion to Dismiss (ECF No. 10) be granted in part and denied in part. Both parties have filed objections to the R&R. (ECF Nos. 20, 21). After a thorough de novo review of the motion papers, the R&R, and the objections, this Court accepts and adopts the R&R. For the reasons stated in the R&R, the Court GRANTS IN PART and DENIES IN PART Defendant's Motion to Dismiss. As a point of clarification, Count II is denied without prejudice.

IT IS SO ORDERED:

_/s/ John J. McConnell_
John J. McConnell, Jr.
United States District Judge

Dated: October 21, 2015